# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| FRANK CRADDIETH and<br>PEGGY CRADDIETH, | )<br>) No. 99 C 4325<br>) |
| Defendants. | ) Judge Samuel Der-Yeghiayan<br>) |
| MIDWEST REAL ESTATE INVESTMENT<br>COMPANY, | )<br>) Magistrate Judge Sidney Schenkier<br>) |
| Intervenor, | )<br>) |
| v. | )<br>) |
| STEVEN KAPLAN, JUDITH KAPLAN and<br>WESTBANK, | )<br>)<br>) |
| Third-party Defendants. | ) |

## ORDER

This matter coming to be heard on status, the parties having entered into a settlement agreement ("Settlement Agreement") at a settlement conference held on September 8, 2006, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to the Settlement Agreement, Gerald Norgen, Special Commissioner, is hereby ordered and directed to return to Midwest Real Estate Investment Company ("Midwest"), the sum of $107,818.44, paid by Midwest (the "Payment"), and to deliver a check in that amount to Midwest's counsel, Arthur W. Friedman, Miller Shakman & Beem LLP, 180 North LaSalle Street, Suite 3600, Chicago, IL 60601.

2. Midwest's rights to retain the Payment shall be subject to consummation of the settlement in accordance with the Settlement Agreement.

3.     The Case is set for status on November 30, 30 2006.

ENTER:

_____
Magistrate Judge Sidney Schenkier

Andrew R. Greene (ARDC #6225072)
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000

14519631\V-2

- 2 -